UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHAMEELA ROME | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-588-SDJ |
| | § | |
| ROCKET MORTGAGE, LLC | § | |

## ORDER

It is **ORDERED** that all deadlines in this case are **STAYED** pending the Court's resolution of Defendant's Motion to Dismiss, (Dkt. #30), and Defendant's Motion for Summary Judgment, (Dkt. #46). The Court will enter a scheduling order, as needed, following the resolution of the motions.

**So ORDERED and SIGNED this 28th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE